**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Imhotep Salat,
Plaintiff,
vs.
Evy Matute,
Defendant.

Case No.: 2:15-cv-0224-GMN-VCF

**ORDER**

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Cam Ferenbach, (ECF No. 2), which states that Plaintiff Imhotep Salat's Complaint, (ECF No. 3), should be dismissed with prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).

Plaintiff did not file any objections to Judge Ferenbach's R&R, and the deadline to object has now expired. Accordingly, the Court finds good cause to accept and adopt the findings of Judge Ferenbach.

///

///

///

///

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 2), is **ADOPTED in its entirety.**

**IT IS FURTHER ORDERED** that Plaintiff's Complaint, (ECF No. 3), is **DISMISSED with prejudice**. The Clerk is instructed to close the case.

**DATED** this 13th day of March, 2015.

Gloria M. Navarro, Chief Judge
United States District Court